# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

### Trustee's Final Report

In Re:  SHAWNETTE M. MORRIS      &      SSN-xxx-xx-4211       Case Number: 05-72134
411 NORTH HORACE AVENUE
ROCKFORD, IL  61101

Case filed on: 4/28/2005
Plan Confirmed on: 7/8/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $600.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 397.79 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 397.79 | 0.00 |
| 001 | CARLYLE AUTO SALES | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 037 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 489.74 | 489.74 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES | 687.00 | 687.00 | 0.00 | 0.00 |
| 003 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFNI/VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY HERBERT I GREENE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 1,539.83 | 1,539.83 | 0.00 | 0.00 |
| 008 | CARLYLE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CORPORATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS DISCOUNT & AUDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GUYER & ENICHEN PC | 1,222.02 | 1,222.02 | 0.00 | 0.00 |
| 014 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IL COLLECTIONS UNLIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | K.C.A. FINANCIAL | 2,302.67 | 2,302.67 | 0.00 | 0.00 |
| 019 | LOBEL FINANCIAL CORP | 5,932.33 | 5,932.33 | 0.00 | 0.00 |
| 020 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MID NORTHERN MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 23,800.80 | 23,800.80 | 0.00 | 0.00 |
| 023 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 1,509.42 | 1,509.42 | 0.00 | 0.00 |
| 025 | NORMANDY APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCK VALLEY COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE AGENCY INC | 1,153.45 | 1,153.45 | 0.00 | 0.00 |
| 030 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ILLINOIS DEPT. OF EMP SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SURE-TEL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | TELECHECK RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | UNITED CREDIT SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WINNEBAGO COUNTY CIRCUIT CLERK | 812.00 | 812.00 | 0.00 | 0.00 |
| 038 | MANYA COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ASSET ACCEPTANCE CORP | 705.35 | 705.35 | 0.00 | 0.00 |
|  | Total Unsecured | 40,154.61 | 40,154.61 | 0.00 | 0.00 |
|  | Grand Total: | 46,518.61 | 46,518.61 | 561.79 | 0.00 |

Total Paid Claimant:        $561.79
Trustee Allowance:          $38.21
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/25/2006                By  /s/Heather M. Fagan